# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>**TOMAS PLANCARTE-BENSON**<br><br>_Defendant_ | )<br>)  Case No. 3:25-mj-270<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  **TOMAS PLANCARTE-BENSON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

As described in the attached affidavit by SA Vas.

Date: 9/28/2025

_Issuing officer's signature_
Stacie F. Beckerman, U.S. Magistrate Judge

City and state: Portland, Oregon

_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 9/29/25, and the person was arrested on _(date)_ 09/29/25
at _(city and state)_ ~~Colur~~ St. Helens, OR.

Date: 9/29/25

_Arresting officer's signature_

Inspector Oliver Tapis
_Printed name and title_